UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  
MARK GONZALEZ and  
JAMELL PEREZ,  
    Debtors.  
_____/

Case No.   11-26457-LMI  
Chapter 13

## DEBTORS' MOTION FOR BARE LEGAL TITLE

**COMES NOW**, Debtors, MARK GONZALEZ and JAMELL PEREZ, by and through undersigned counsel, hereby move the Court for entry of an order establishing that the co-debtor, JAMELL PEREZ, has only bare legal title to the property located at 341 East 17th Street, Hialeah, Florida 33010, legally described as:

    LOT 18, BLOCK 104, OF THIRD ADDITION TO HIALEAH, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 7, PAGE 86, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA;

which is jointly owned with her mother, Gisela Cruz Perez, and states:

1. On our about July 20, 1997, co-debtor, Jamell Perez's, mother added her daughter to the deed of a homestead property in which the mother resides for estate planning purposes.

2. The co-debtor, Jamell Perez, has neither paid for the property nor has she any interests in the property. The mother has made all mortgage payments and paid for the property in full.

3. The transfer of the property was made for purposes of estate planning in the event for when the mother age, 59, deceases.

1

WHEREFORE, for the foregoing reasons the debtors request that the Court enter an order establishing the co-debtor's interest in the property located at 341 East 17th Street, Hialeah, Florida 33010 to be bare legal title and not subject to the Chapter 13 bankruptcy filed herein.

## CERTIFICATION

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications in this court set forth in Local Rule 2090-1(A).

By: /s/ MARTIN L. HANNAN
Martin L. Hannan
FBN: 449415
MARTIN HANNAN, P.A.
9370 S.W. 72nd Street
Suite A-266
Miami, Florida 33173
Tel #: (305) 279-7280
Fax #: (305) 279-7145
Email: Hannanlaw@aol.com

## CERTIFICATE OF SERVICE
### Case No. 11-26457-LMI

I HEREBY CERTIFY that on this 28th day of November 2011, a true and correct copy of the foregoing Debtors' Motion for Bare Legal Title was served electronically with the Clerk of the Court by using the CM/ECF where available to all parties who are currently on the list to receive notice/ service for this case.

By: /s/ MARTIN L. HANNAN
Martin L. Hannan

2