UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
MARK GONZALEZ and JAMELL PEREZ,      Case No.    11-26457-LMI
   Debtors.                                              Chapter 13
_____/

## MOTION TO INTERVENE

**COMES NOW,** Intervener, GISELA PEREZ, by and through undersigned counsel, and hereby files her Motion to Intervene:

1. The non-debtor, Gisela Perez, is the mother of the debtor, Jamell Perez, and is the legal and equitable title holder to the property located at 341 E. 17th Street, Hialeah, FL 33010.

2. The trustee is asserting that the property is property of the estate.

3. The non-debtor, Gisela Perez, disputes that the property belongs to the estate other than as an accommodation for estate planning purposes with her daughter, Jamell Perez , the debtor, as a result of their mother/ daughter confidential relationship.

4. The non-debtor, Gisela Perez, purchased the property and has made all tax, insurance, maintenance and upkeep payments for the property with no contribution from the debtor.

WHEREFORE, Intervener, Gisela Perez, requests that the Court grants this motion and allow the non-debtor, Gisela Perez, to intervene in these proceedings to protect her legal and equitable ownership of the property.

Dated:   03/23/2012

1

## CERTIFICATION

  I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications in this court set forth in Local Rule 2090-1(A).

          By: /s/ MARTIN L. HANNAN
             Martin L. Hannan
             FBN: 449415
             MARTIN HANNAN, P.A.
             9370 S.W. 72nd Street
             Suite A-266
             Miami, Florida 33173
             Tel #: (305) 279-7280
             Fax #: (305) 279-7145
             Email: Hannanlaw@aol.com

## CERTIFICATE OF SERVICE
### Case No. 11-26457-LMI

  I HEREBY CERTIFY that on this 23rd day of March, 2012, a true and correct copy of the foregoing Motion to Intervene was served electronically with the Clerk of the Court by using the CM/ECF where available to all parties who are currently on the list to receive notice/ service for this case.

          By: /s/ MARTIN L. HANNAN
             Martin L. Hannan

2