

**ORDERED in the Southern District of Florida on April 10, 2012.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  
MARK GONZALEZ and  
JAMELL PEREZ,  
    Debtors.  
_____/

Case No.   11-26457-LMI  
Chapter 13

### ORDER GRANTING MOTION FOR BARE LEGAL TITLE [D.E. # 50]

**THIS MATTER** came before the Court for hearing on March 28, 2012, upon the Debtors' Motion for Bare Legal Title [D.E. # 50].  The Court having being advised, having reviewed the file herein, having considered the evidence and having heard the testimony of the debtors and being otherwise advised in the premises, it is,

    **ORDERED AND ADJUDGED** that:

  1. The debtors, MARK GONZALEZ and JAMELL PEREZ, have only bare legal title to the property located at 341 E. 17th Street, Hialeah, Florida 33010, legally described as:

1

LOT 18, BLOCK 104, OF THIRD ADDITION TO HIALEAH, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 7, PAGE 86, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA;

2. That by clear and convincing evidence produced at the hearing on this motion, the debtors have contributed nothing to the purchase, maintenance, insurance, taxes or upkeep of the subject property and that the debtors have thereby met the standard of proof required to prevail on their motion.

3. The trustee has failed to rebut the evidence presented by the debtors, therefore the Debtors' Motion for Bare Legal Title [D.E. # 50] is **GRANTED** and the property legally described herein is not deemed property of the estate.

####

**Submitted by:**
Martin L. Hannan, Esq.
Martin Hannan, P.A.
Attorney for Debtor, Dianelys Perez
9370 S.W. 72nd Street, Suite A-266
Miami, FL 33173
Telephone: 305-279-7280
Facsimile: 305-279-7145
hannanlaw@aol.com

Attorney Martin L. Hannan, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.